DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL BEITRA** and **JEANNETTE BEITRA,**
Appellants,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D19-1842

[June 4, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE17012159.

Daniel A. Norton of Shochet Law Group, Boynton Beach, for appellants.

Kristie Hatcher-Bolin, Richard Barry, and Leslie Arsenault Metz of GrayRobinson, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***